■ ELLIOT LASKY et al., Respondents, v TOWN BOARD OF TOWN OF AMHERST, Appellant. (Appeal No. 1.) [869 NYS2d 821]

Same memorandum as in *Lasky v Town Bd. of Town of Amherst* (57 AD3d 1392 [2008]). Present—Smith, J.P., Centra, Lunn, Fahey and Green, JJ.